**INTELLISYNC CORPORATION,**
Plaintiff–Appellant,

v.

**NCR CORPORATION,** Defendant–
Appellee.

No. 05–1183.

United States Court of Appeals,
Federal Circuit.

May 20, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).